| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHELLE RODRIGUEZ<br>Assistant U.S. Attorney |
| 3 | 501 I Street, 10th Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2773 |



FILED

MAR 13 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>     v.<br>SEALED<br>            Defendant. | MISC. NO.<br><br>2:06-MJ-0076  KJM |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: 3/13/06

_____
U.S. Magistrate Judge