1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   HEATHER LOHMAN
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )  NO. CR-S-06-125-GEB
                                    )
13               Plaintiff,         )
                                    )  STIPULATION AND ORDER FOR RELEASE
14      v.                          )  PENDING SENTENCING
                                    )
15 HEATHER LOHMAN,                  )
                                    )  Date:  October 11, 2006
16               Defendant.         )  Time:   2:00 p.m.
                                    )  Judge: Kimberly J. Mueller.
17 _____  )

18

19      United States of America per Michele Rodriguez, Assistant United

20 States Attorney, together with HEATHER LOHMAN,by and through her

21 counsel, Matthew C. Bockmon, Assistant Federal Defender, and with the

22 agreement of Steve Sheehan, United State Pretrial Services agree to the

23 defendant's release pending sentencing on December 1, 2006 subject to

24 $50,000.00 unsecured bond signed by Jennifer Akiyama and the following

25 conditions:

26      1.  You shall report to and comply with the rules and regulations

27 of the Pretrial Services Agency;

28      2.  You shall report in person to the Pretrial Services officer

1 | immediately following your release from custody on October 12, 2006.

2 |    3.   You shall reside at a location approved by pretrial services

3 | officer and not change your residence without prior approval of the

4 | pretrial services officer;

5 |    4.   Your travel is restricted to the Northern and Eastern

6 | Districts of California, unless approved in advance by Pretrial

7 | Services.

8 |    5.   You shall refrain from the excessive use of alcohol or any use

9 | of a narcotic drug or other controlled substance without a prescription

10 | by a licensed medical practitioner; and you shall notify Pretrial

11 | Services immediately of any prescribed medication(s).  However,

12 | medicinal marijuana, prescribed or not may not be used;

13 |    6.   You shall seek and/or maintain employment and provide proof of

14 | same as requested by your pretrial services officer;

15 |    7.   You shall not obtain a passport during the pendency of this

16 | case;

17 |    8.   You shall report all contacts with law enforcement to your

18 | supervising Pretrial Services Officer, including arrests, questioning

19 | and traffic stops; and

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1    9.   You shall be subject to drug testing at the discretion of

2    Pretrial Services.

3

4    Dated: October 6, 2006

5                                        Respectfully submitted,

6                                        DANIEL BRODERICK
                                         Federal Defender

7

8
                                          /s/ Matthew C. Bockmon
9                                        MATTHEW C. BOCKMON
                                         Assistant Federal Defender
10                                       Attorney for Defendant
                                         HEATHER LOHMAN

11

12   Dated:  October 6, 2006

13                                       MCGREGOR W. SCOTT
                                         United States Attorney

14

15                                         /s/ Michele Rodriguez
                                         MICHELE RODRIGUEZ
16                                       Assistant U.S. Attorney

17

18                          **O R D E R**

19   IT IS SO ORDERED.

20   Dated: October 6, 2006.

21

22   _____
                                         UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

3