**FILED**

October 11, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No.  2:06-cr-125 GEB
            Plaintiff,              )
v.                                  )   ORDER FOR RELEASE
                                    )   OF PERSON IN CUSTODY
Heather Lohman,                     )
                                    )
_____)
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Heather Lohman  Case 2:06-cr-125 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X    $50,000 Unsecured bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X    (Other)  PTS conditions/supervision; defendant released to PTS on 10/12/06 at 9:00 a.m.

Issued at  Sacramento, CA  on 10/11/06   at  2:30 p.m.

By  _____
    Kimberly J. Mueller
    United States Magistrate Judge